UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MARK JOHNSON,

                Movant,

    -against-                                            08 Civ. 7156
                                                        (S1 04 Crim. 1362 (LAK))

UNITED STATES OF AMERICA,

                Respondent.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The government shall respond to this motion, pursuant to 28 U.S.C. § 2255, within thirty (30) days of the date of this Order.

        SO ORDERED.

Dated: September 4, 2008

                                                        _____
                                                        Lewis A. Kaplan
                                                        United States District Judge

[Stamp: USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 9/4/08]